**No. 69809.**—Baldwin Manufacturing Corporation et al. *v.* United States, protests 60/3887, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of extruded brass articles similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), and Abstract 67834, the claim of the plaintiffs was sustained.

**No. 69810.**—Accurate Millinery Co. *v.* United States, protests 323240-K(B), 326916-K(B), and 58/4731(B) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hats, bonnets, and hoods similar in all material respects to those the subject of *Morris Shoenthal, Inc.* v. *United States* (52 Cust. Ct. 36, C.D. 2431), the claim of the plaintiff was sustained.